# Schedule A

| No. | Store Name | ASIN |
|---|---|---|
| 1 | HFDXF224 | A1MLWMG6SGF76U |
| 2 | HFDXF156 | A70NAZ9L2VF6P |
| 3 | HFDXF059 | A2OS55FD53I9G7 |
| 4 | HFDXF161 | A29F1ILCLKMS4P |
| 5 | HFDXF511 | A1CUZ823MEHTCY |
| 6 | HFDXF842 | A3C0JK17WB8Q42 |
| 7 | HFDXF904 | A1RGG2FNYP7ATF |
| 8 | HFDXF521 | A3MNGKL6TMPSDQ |
| 9 | HFDXF094 | AZPSTOP487T1 |
| 10 | HFDXF002 | A30CBP6CLBLDLT |
| 11 | HFDXF811 | A17TQPLBN6SRUW |
| 12 | HFDXF063 | A2F7NDHWKCDCEO9 |
| 13 | HFDXF915 | A2CR0VY7A7SZXY |
| 14 | HFDXF134 | AS54XQZCT20BE |
| 15 | HFDXF675 | A19BPFAJYN3SYN5 |
| 16 | HFDXF265 | ACX0AA95MXVGJ |
| 17 | HFDXF471 | A26QKLPX9S5T07 |
| 18 | HFDXF868 | A3U4DD1Q8SVEAT |
| 19 | HFDXF598 | A34N27V2OYIRT |
| 20 | HFDXF604 | A3MJZ1LPDA3FTS |
| 21 | HFDXF772 | A1T90F9JE2012C |
| 22 | HFDXF223 | A2ZIE8ENAD47UX |
| 23 | HFDXF950 | A3QF0ZY3H9WCHL |
| 24 | HFDXF825 | A121LOCP28L5U9 |
| 25 | HFDXF923 | A2QVSVULKHC9AA |

| | | |
|---|---|---|
| 26 | HFDXF486 | A3V2EZY7JE74X2 |
| 27 | HFDXF707 | A3D03B0TMHW2PK |
| 28 | HFDXF541 | A2FMM23TDPXN92 |
| 29 | HFDXF500 | A16F4RLTXP10F7 |
| 30 | HFDXF514 | A1DMV8QOAY42Z0 |
| 31 | HFDXF719 | A1GCE8R2UKQAV9 |
| 32 | HFDXF245 | A1DKN11T6Z66JX |
| 33 | HFDXF109 | A73K9EP5QRHHC |
| 34 | HFDXF064 | A2KQ94QEF0XU6T |
| 35 | HFDXF376 | A3SLYGLQLIYG6O |
| 36 | HFDXF057 | A32UWSGMHWN8ZR |
| 37 | HFDXF036 | A18W7APPJTJ3Y0 |
| 38 | HFDXF077 | A1B7DQH8QVT4TG |
| 39 | HFDXF005 | AT7MY3WKIQNG4 |
| 40 | HFDXF055 | A5YPFVTF3DQS8 |
| 41 | HFDXF318 | A2NW36N5ZIM6P |
| 42 | HFDXF715 | A3G7AJDCSHTP3E |
| 43 | HFDXF067 | A2JITJKHMXGZQ4 |
| 44 | HFDXF949 | A247NCI0MGSTJU |
| 45 | HFDXF688 | ACRULEGFYSFM4 |
| 46 | HFDXF528 | A2E3JXY4FK4GA7 |
| 47 | HFDXF356 | AZTIP5AVS5KUI |
| 48 | HFDXF442 | ACI55F15GFYE5 |
| 49 | HFDXF721 | A12MUJPP59TDY5 |
| 50 | HFDXF802 | AP9RGVUJJZ3FA |
| 51 | HFDXF515 | A1O7L0V1EKVCZ6 |

| | | |
|---|---|---|
| 52 | HFDXF075 | A3DG4R9DTYI95Z |
| 53 | HFDXF977 | A3T4HRRE1KXF9B |
| 54 | HFDXF767 | A2TJ37O1249FAQ |
| 55 | HFDXF792 | A2G87IQS6VX2B |
| 56 | HFDXF054 | A2FYNC6KXFFYP9 |
| 57 | HFDXF152 | A17M0GVSDJ158T |
| 58 | HFDXF139 | A26XCMVBEBUJ2Z |
| 59 | HFDXF676 | A29V5LZGSGDREL |
| 60 | HFDXF700 | AN2LV5JRSAXQI |
| 61 | HFDXF800 | AOPLAPPHF32K0 |
| 62 | HFDXF729 | AK1F3XZ337XU9 |
| 63 | HFDXF037 | A3AYQW3XX2X5NB |
| 64 | HFDXF089 | ASC5JODEWUYQE |
| 65 | HFDXF192 | A2NOCNOMY66U6B |
| 66 | HFDXF755 | AICN3UG3XGJQ9 |
| 67 | HFDXF328 | ALPD8DSMWRN53 |
| 68 | HFDXF612 | A2YM9JC25LSN3I |
| 69 | HFDXF411 | A2PD2X25UUIIDR |
| 70 | HFDXF277 | AAOVCN4KOC7XK |
| 71 | HFDXF712 | AQ9HH4UZ93U8M |
| 72 | HFDXF709 | AERMWUECF2GF5 |
| 73 | HFDXF419 | A2LRGOQ1N29TZ8 |
| 74 | HFDXF609 | A3JJ8BBK5Z4HNR |
| 75 | HFDXF828 | A14GWPI3LB88OI |
| 76 | HFDXF661 | A38588J5NNALST |
| 77 | HFDXF084 | A1XVBN0C884L7B |

| 78 | HFDXF547 | AE3ML94CODT4Z |
|---|---|---|
| 79 | HFDXF211 | A3CPOWTENQD9HY |
| 80 | HFDXF116 | A252XPAT9BS4AP |
| 81 | HFDXF518 | A3NWCZ95BT7DSN |
| 82 | HFDXF340 | A1D9ZVDVBYD1Z1 |
| 83 | HFDXF933 | A3LLON38NFOGBV |
| 84 | HFDXF422 | A3TQBUKAA96C08 |
| 85 | HFDXF431 | A1T5RXT5B4RO1R |
| 86 | HFDXF803 | ALFVZX1JD9GZE |
| 87 | HFDXF506 | ASRAYF1GC3DU1 |
| 88 | HFDXF771 | A30SFD0ZS6W08Q |
| 89 | HFDXF621 | A33LWUDPF2X5M9 |
| 90 | HFDXF895 | A16NNTB7RX030V |
| 91 | HFDXF121 | A1CRTEVWIBEYXJ |
| 92 | HFDXF026 | A569066AZ2U77 |
| 93 | HFDXF470 | ABPCVZR3TQ0OT |
| 94 | HFDXF605 | A2CPWKESIIPSZJ |
| 95 | HFDXF415 | A4H5W8KN5UGUU |
| 96 | HFDXF180 | AIUZS2PKQE8CH |
| 97 | HFDXF991 | A1NXSY5ZTJCLO |
| 98 | HFDXF218 | A4VOIOXXJRTJT |
| 99 | HFDXF662 | A2M00CLLEVNE3F |
| 100 | HFDXF690 | A224Q4A057FSXS |
| 101 | HFDXF025 | A2954CZOS0VU2Y |
| 102 | HFDXF770 | A2AUTV0TJ33O1Q |
| 103 | HFDXF190 | A169FKPGPMWQZY |

| 104 | HFDXF177 | A1SACN38JMZC08 |
|---|---|---|
| 105 | HFDXF203 | A3038LJSQ3EDKP |
| 106 | HFDXF072 | A114HM9E23XHQ2 |
| 107 | EXDCH027 | A5GFCI5IGKW4Y |
| 108 | EXDCH003 | A2KIFQNT82COL9 |
| 109 | EXDCH818 | A25BECGWHE4DUD |
| 110 | EXDCH018 | A3O0QMIWSK9OCJ |
| 111 | EXDCH021 | A1WJ4WBVC9NRHA |
| 112 | EXDCH011 | A108TH3YMAATS6 |
| 113 | EXDCH030 | A1FTTLMHW5ND0G |
| 114 | EXDCH008 | A7S62HTGCPFGE |
| 115 | EXDCH020 | A1GE07QTQ2QRRS |
| 116 | EXDCH038 | A1MGR9681L22O4 |
| 117 | EXDCH039 | A2T0IR4ZXTHOJL |
| 118 | EXDCH046 | A3UI6A28OV6KNH |
| 119 | EXDCH093 | APPCYBU8WSR9P |
| 120 | EXDCH035 | A1TCHGECN9TRUS |
| 121 | EXDCH019 | AJXT900D2DN5J |
| 122 | EXDCH063 | A1NNGRYXM8ATFR |
| 123 | EXDCH049 | A1MIZ8SP69TKGI |
| 124 | EXDCH076 | A1KCUSOHUWJK6C |
| 125 | EXDCH034 | AB2JLTFROQIR7 |
| 126 | EXDCH017 | A3VE9IQ71H2AKZ |
| 127 | EXDCH160 | A2WW1F1V2DU8LH |
| 128 | EXDCH980 | A35J85CE7H3D25 |